**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CORNELIUS PITTMAN,**                                                  **PLAINTIFF**
**ADC #161220**

**V.**            **CASE NO. 4:15-CV-317 BD**

**VANORRIS SIMS, et al.**                                                   **DEFENDANTS**

**ORDER**

Mr. Pittman has moved for a Court order compelling the Defendants to more fully respond to his discovery requests and to produce a compact disc containing video footage relevant to the events giving rise to this lawsuit. (Docket entry #32)  The Defendants have responded to Mr. Pittman's motion, indicating that they do not object to providing a copy of the video footage to the Arkansas Department of Correction. (#33)  In addition, the Court has reviewed the Defendants' responses to Mr. Pittman's discovery requests and has determined that the Defendants's responses comply with the Federal Rules of Civil Procedure.

Therefore, Mr. Pittman's motion (#32) is GRANTED, in part, and DENIED, in part.  Defendants are instructed to provide a copy of the compact disc at issue to the ADC within fourteen days so that Mr. Pittman may view the video footage.  Mr. Pittman's request for an order requiring Defendants to more fully respond to discovery requests is DENIED.

The Clerk of the Court is instructed to provide a copy of this Order to the Warden and the Law Library Supervisor of the Grimes Unit, 300 Corrections Drive, Newport, Arkansas 72112.

IT IS SO ORDERED, this 17th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE